**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00115-MOC-DSC**

| | |
|---|---|
| **WILLIAM F. REID,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **MEMORANDUM AND ORDER** |
| v. ) | |
| ) | |
| **PSC ENVIRONMENTAL SERVICES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Compel" (document # 11) filed November 25, 2013, as well as the parties' briefs and exhibits. See documents ##11-13.

This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration. Having fully considered the arguments, the record, and the applicable authority, the Court will grant in part and deny in part Plaintiff's Motion to Compel, as explained below.

Plaintiff seeks to compel Defendant to provide complete responses to Interrogatories numbered 3, 5, 7, 13 and 17 in her First Set of Interrogatories, and Requests for Production numbered 2, 9, 11 and 12 in her First Set of Requests for Production of Documents.

Plaintiff is entitled to responses to all discovery requests reasonably calculated to lead to the discovery of admissible evidence. Fed. R. Civ. P. 26(b)(1).

For the reasons stated in Defendant's brief, the Court concludes that Interrogatory #13 is overbroad. Plaintiff's Motion is denied as to that Interrogatory.

For the reasons stated in Plaintiff's briefs, the Court concludes that Defendant must fully respond to the other discovery requests that are the subject of this Motion. To the extent that Defendant contends it has fully responded to Interrogatory #17 and Requests to Produce ##9, 11 and 12, it may certify full compliance in the formal discovery response <u>ordered</u> below.

**NOW THEREFORE, IT IS ORDERED**:

1. Plaintiff's "Motion to Compel" (document # 11) is **GRANTED IN PART** and **DENIED IN PART**. <u>Within fifteen days of the date of this Memorandum and Order, Defendant shall provide full and complete responses to to Interrogatories ## 3, 5, 7, and 17 in Plaintiff's First Set of Interrogatories, and Requests for Production ## 2, 9, 11 and 12 in her First Set of Requests for Production of Documents</u>. To the extent that Defendant contends it has fully responded to Interrogatory #17 and Requests to Produce ##9, 11 and 12, it may certify full compliance in its discovery response.

2. The parties shall bear their own costs <u>at this time</u>.

3. The Clerk is directed to send copies of this Order to counsel for the parties, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: December 30, 2013

David S. Cayer
United States Magistrate Judge