UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00115-MOC-DSC

| | | |
|---|---|---|
| **WILLIAM F. REID,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **PSC ENVIRONMENTAL SERVICES, L.L.C.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on a Certification of ADR Session, filed January 21, 2014, indicating that the case had settled and that the parties would "Promptly file a stipulation of dismissal." CADR (#16) at 2. More than a month has passed since such filing and no Rule 41 stipulation of dismissal has been filed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties file their Rule 41 Stipulation of Dismissal not later than February 28, 2014. Failure to do so will result in a court-Ordered dismissal of this matter.

Signed: 2/24/2014

Max O. Cogburn Jr.
United States District Judge